IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ANDREW JACKSON, and RACHAEL CLARK, | |
| Plaintiffs, | CIVIL ACTION NO.: 6:25-cv-24 |
| v. | |
| IAN PHILLIPS, et al., | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 15, 2025, Report and Recommendation, (doc. 7), to which plaintiffs have not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7.) Plaintiffs' Complaint is **DISMISSED**. (Doc. 1.) The Motions to Proceed *In Forma Pauperis* are **DISMISSED** as moot. (Docs. 2 & 5.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 25th day of June, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA