AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDREW JACKSON, and RACHAEL CLARK

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:25-cv-00024

IAN PHILLIPS, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 25, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Complaint is dismissed and the Motions to Proceed In Forma Pauperis are dismissed as moot. This case stands closed.

| | |
|---|---|
| 6/25/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03